UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT CHRISTENSEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY UTILITIES, a California Corporation; and DOES 1 through 100 inclusive,, <br><br> Defendants. | No. 2:21-cv-02258-TLN-JDP <br><br><br> **NOTICE OF RELATED CASE ORDER** |
| JOHN H. BURNS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY UTILITIES Co. and WESTERN WEATHER GROUP, INC., <br><br> Defendants. | No. 2:21-cv-00647-TLN-KJN |
| COUNTY OF MONO, a political subdivision of the State of California, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY UTILITIES and ALGONQUIN POWER AND UTILITIES, | No. 2:21-cv-00834-KJM-KJN |

1

Defendants.

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a).  The actions involve the same parties, are based on the same claims, the same event, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that the action denominated 2:21-cv-00834-KJM-KJN is hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman for all further proceedings.  FURTHER, the action denominated 2:21-cv-02258-TLN-JDP is hereby reassigned to Magistrate Judge Kendall J. Newman for all further proceedings.

Any dates currently set in the reassigned cases are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be known as 2:21-cv-00834-TLN-KJN and 2:21-cv-02258-TLN-KJN.  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

IT IS SO ORDERED.

DATED: February 16, 2022

_____
Troy L. Nunley
United States District Judge

2